**2010–0484. State v. Strunk.**
Warren App. No. CA2009–07–103. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2010–0489. State v. Anderson.**
Cuyahoga App. No. 92568, 2010-Ohio-66. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2010–0492. State v. Garcia.**
Butler App. No. CA2008–01–015. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2010–0514. State v. Jennings.**
Mahoning App. No. 08–MA–181, 2009-Ohio-6536. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2010–0527. State v. Castro.**
Hamilton App. No. C–081043. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.
Motions for dismissal and for order to forward record denied as moot.

**2010–0541. State v. McDougald.**
Scioto App. No. 07CA3157, 2008-Ohio-1398. On motion for leave to file delayed appeal. Motion denied.

**2010–0543. Coon v. Technical Constr. Specialists, Inc.**
Summit App. No. 24542, 2010-Ohio-417. On motion for stay of court of appeals' judgment. Motion granted subject to continuation of appeal bond.
PFEIFER and LANZINGER, JJ., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2010–0162. State v. Parks.**
Trumbull App. No. 2008–T–0119, 2009-Ohio-7001. Discretionary appeal accepted; cause held for the decision in 2008–0991 and 2008–0992, *Chojnacki v. Cordray*, Warren App. No. CA2008–03–040; and briefing schedule stayed.
PFEIFER and O'CONNOR, JJ., dissent.

**2010–0183. State v. Anderson.**
Franklin App. No. 08AP–1071, 2009-Ohio-6566. Discretionary appeal accepted on Proposition of Law No. V; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.
LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law Nos. I–IV but would not hold the cause for the decision in 2009–1997, *State v. Hodge*.
LANZINGER, J., dissents.

**2010–0195. Janson v. State.**
Hamilton App. No. C–090039. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0196. Hall v. State.**
Hamilton App. No. C–090021. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.